UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 14 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

v.   Case No. 4:20MJ-00199 PSH

MUJERA BENJAMIN LUNGAHO

## MOTION TO SEAL COMPLAINT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendant prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled complaint be sealed until the defendant is in custody or has been released pending trial.

CODY HILAND
United States Attorney

_____
Stacy R. Williams
Assistant United States Attorney
Arkansas Bar Number 2011081
Post Office Box 1229
Little Rock, Arkansas 72203
501-340-2600
Stacy.Williams@usdoj.gov

## ORDER

Pursuant to the above request, the complaint in this matter shall be sealed until the defendant is in custody or has been released pending trial.

_____
UNITED STATES MAGISTRATE JUDGE