FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 15 2020

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:20-mj-00199 PSH

MUJERA BENJAMIN LUNGAHO

## TEMPORARY ORDER OF DETENTION

The defendant appeared with counsel on September 14, 2020 for an initial appearance on a criminal complaint. The United States moved for detention, and counsel for defendant requested a bond hearing. Defendant is temporarily remanded to the custody of the United States Marshal Service pending a bond hearing being held.

IT IS SO ORDERED this 15th day of September, 2020.

PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE