UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                                                  Plaintiff

v.                                    Case No.: 4:20–mj–00199–PSH

Mujera Benjamin Lungaho                                                                        Defendant

## NOTICE OF HEARING

PLEASE take notice that a Bond Hearing has been set in this case for September 17, 2020, at 03:00 PM before Magistrate Judge Patricia S. Harris in Little Rock Courtroom # 1B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  September 15, 2020                         AT THE DIRECTION OF THE COURT
                                                                               JAMES W. McCORMACK, CLERK

                                                                       **By:**  Colleen F. DuBose, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas