UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 4:20MJ00199-PSH

MUJERA BENJAMIN LUNGAHO

## MOTION TO FILE REDACTED AFFIDAVIT

The United States respectfully requests the filing of a redacted affidavit in the above referenced case. The investigation is ongoing and identifying information of individuals other than the defendant is included in the complaint affidavit. WHEREFORE, the United States respectfully request the Court approve filing of a redacted copy of the affidavit in case number 4:20MJ00199-PSH.

CODY HILAND
United States Attorney

Stacy R. Williams
Assistant United States Attorney
Arkansas Bar Number 2011081
Post Office Box 1229
Little Rock, Arkansas  72203
501-340-2600
Stacy.Williams@usdoj.gov